```
                                                          FILED
                                                     February 5, 2015
         UNITED STATES DISTRICT COURT              CLERK, US DISTRICT COURT
                                                   EASTERN DISTRICT OF
       FOR THE EASTERN DISTRICT OF CALIFORNIA           CALIFORNIA
                                                      DEPUTY CLERK
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:15-mj-00028-KJN |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| ASHLEY HUFF, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Ashley Huff</u>; Case <u>2:15-mj-00028-KJN</u> from custody and for the following reasons:

      __   Release on Personal Recognizance

      __   Bail Posted in the Sum of _____

      <u>X</u>   Unsecured Appearance Bond in the amount of <u>$25,000.00</u>, cosigned

          by defendant's mother

      __   Appearance Bond with 10% Deposit

      __   Appearance Bond secured by Real Property

      __   Corporate Surety Bail Bond

      <u>X</u>   (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on _____<u>2/5/2015</u>_____ at _2:35 pm._.

By _____/s/_____

Kendall J. Newman
United States Magistrate Judge