HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org

Attorney for Defendant
ASHLEY HUFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-MJ-0028 |
| Plaintiff, | APPLICATION AND ORDER FOR TRANSPORTATION AND SUBSISTENCE PURSUANT TO 18 U.S.C. § 4285 |
| vs. | |
| ASHLEY HUFF, | Judge: Hon. Carolyn K. Delaney |
| Defendant. | |

Defendant Ashley HUFF hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Ms. Huff, with undersigned counsel, appeared in court on February 5, 2015 on an out of district Indictment from the District of Kansas. Ms. Huff is ordered to appear in Kansas City, Kansas, in the District of Kansas, February 26, 2015, at 10:00 a.m. It may be necessary for Ms. Huff to travel to Kansas City, Kansas on February 25, 2015, to timely make her court appearance on February 26, 2015. Ms. Huff will also need return transportation back to her residence in West Sacramento, California on February 26, 2015.

Ms. Huff is unable to afford her own transportation from Sacramento, California to her court hearing in Kansas City, Kansas. She requests that the Court direct the Marshal's Office to arrange for her transportation from Sacramento, California to and from Kansas City, Kansas, and

that it furnish her with subsistence expenses to that destination, pursuant to 18 U.S.C. § 4285.

Dated:  February 12, 2015

                                         HEATHER E. WILLIAMS
                                         Federal Defender

                                         */s/ MATTHEW M. SCOBLE*
                                         MATTHEW M. SCOBLE
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         ASHLEY HUFF

///

///

///

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-MJ-0028 |
| Plaintiff, | |
| vs. | ORDER FOR SUBSISTENCE AND TRANSPORTATION |
| ASHLEY HUFF, | Judge: Hon. Carolyn K. Delaney |
| Defendant. | |

TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, Ashley HUFF, with transportation and subsistence expenses for travel from Sacramento, California to her initial appearance in court in the District of Kansas in Kansas City, Kansas on February 26, 2015, as well as her return travel to Sacramento. The United States Marshal must furnish Ms. Huff with money for subsistence expenses to her destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code. This order is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

Dated: February 13, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE